AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Creanova Inc. and
HPG International, Inc.

V.

McActon II, Inc., a.k.a. M-Acton II, Inc., et al.

**SUMMONS IN A CIVIL CASE**

04 12385 WGY

CASE NUMBER:

TO: (Name and address of Defendant)

M-Acton II, Inc., a.k.a. M-Acton II, Inc.
a Subsidiary of Middlesex Savings Bank
6 Main Street
Natick, MA 01760

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark W. Shaughnessy, Esq.
Jan M. Gould, Esq.
Boyle, Morrissey & Campo, P.C.
25 Stuart Street, 3rd Floor
Boston, MA 02116

Phone: (617) 451-2000

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 10 2004

DATE

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*                                                                November 24, 2004

I hereby certify and return that on 11/23/2004 at 11:15AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to maria dankins, agent, person in charge at the time of service for M - ACTON II, INC., at A SUBSIDIARY OF MIDDLESEX SAVINGS BANK, 6 MAIN Street, NATICK, MA 01760. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.40), Postage and Handling ($1.00), Travel ($10.88) Total Charges $49.28

_____
Deputy Sheriff