AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Creanova Inc. and
HPG International, Inc.

V.

Breed Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04 12385 WGY

TO: (Name and address of Defendant)

Breed Inc.
c/o Robert M. Breed
277 Oak Hill Circle
Concord, MA 01742

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark W. Shaughnessy, Esq.
Jan M. Gould, Esq.
Boyle, Morrissey & Campo, P.C.
25 Stuart Street, 3rd Floor
Boston, MA 02116

Phone: (617) 451-2000

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                       NOV 10 2004
CLERK                                              DATE

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

November 29, 2004

I hereby certify and return that on 11/24/2004 at 9:10AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ROBERT REED FOR BREED, INC. at , 277 OAK HILL Circle, C/O ROBERT M. BREED CONCORD, MA 01742. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

*Ron Hanson*

Deputy Sheriff RON HANSON

_____
*Deputy Sheriff*