⌐ AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Creanova Inc. and
HPG International, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Edens & Avant Northeast, Inc., a.k.a. E&A
Northeast, L.P., a.k.a. Edens & Avant, Inc., et al.

CASE NUMBER:

# 04  12385 WGY

TO: (Name and address of Defendant)

Edens & Avant Northeast, Inc.,
a.k.a. E&A Northeast, L.P.,
a.k.a. Edens & Avant, Inc.
c/o CT Corporation System
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark W. Shaughnessy, Esq.
Jan M. Gould, Esq.
Boyle, Morrissey & Campo, P.C.
25 Stuart Street, 3rd Floor
Boston, MA 02116

Phone: (617) 451-2000

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

NOV 1 0 2004

CLERK

DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

November 26, 2004
I hereby certify and return that on 11/24/2004 at 11:45AM I served a true and
attested copy of the Summons, Complaint and Cover Sheet in this action in the
following manner: To wit, by delivering in hand to A.Liberto,Process Clerk & agent
in charge of CT Corp & agent in charge at time of service,  for Edens & Avant
Northeast, Inc aka E&A Northeast LP aka Edens & Avant, Inc, at CT Corporation
System,  101 Federal Street,  Boston, MA 02110. U.S. District Court Fee ($5.00),
Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00),
Attest/Copies ($5.00) Total Charges $42.00

_____
Deputy Sheriff

Deputy Sheriff    John Cotter