AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Creanova Inc. and
HPG International, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Samuels and Associates, Inc.

CASE NUMBER:

## 04 12385 WGY

TO: (Name and address of Defendant)

Samuels and Associates, Inc.
333 Newberry Street, 2nd Floor
Boston, MA 02115

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark W. Shaughnessy, Esq.
Jan M. Gould, Esq.
Boyle, Morrissey & Campo, P.C.
25 Stuart Street, 3rd Floor
Boston, MA 02116

Phone: (617) 451-2000

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                NOV 10 2004
CLERK                                       DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

December 7, 2004
I hereby certify and return that on 12/1/2004 at 2:00PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to A.Kelly, agent in charge at time of service, for Samuels & Associates, Inc, at Steven D Samuels, President, 333 Newberry Street, 2nd Floor Boston, MA 02115. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   Daniel Murray                                              Deputy Sheriff