CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) I, Jan M. Gould, do hereby certify that a copy of the foregoing documents have been served via first-class postage prepaid on all parties or their representatives in this action as listed below:

Samuels & Associates, Inc.
333 Newberry St., 2nd Floor
Boston, MA 02115

**Counsel for Defendant,
Samuel's & Associates:**

David Hartigan, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

------------------------------------

Edens & Avant Northeast, Inc.,
aka E&A Northeast L.P.,
a.k.a Edens & Avant, Inc.
c/o CT Corporation System
101 Federal Street
Boston, MA 02110

**Counsel for Defendant,
Edens & Avant:**

Kevin J. McGinty, Esq.
Cogavin & Waystack
2 Center Plaza
Boston, MA 02108

------------------------------------

Breed, Inc.
c/o Robert M. Breed
277 Oak Hill Circle
Concord, MA 01742

**Counsel for Defendant,
Breed Inc.:**

Joseph C. Steinkrauss, Esq.
363 Madison Avenue
Lexington, MA  02420

------------------------------------

M-Acton II, Inc. aka McActon II, Inc.
A Subsidiary of Middlesex Savings Bank
6 Main Street
Natick, MA 01760

**Counsel for Defendant,
M-Acton, Inc.:**

Ian D. Hecker, Esq.
Middlesex Savings Bank
6 Main Street
3rd Floor
Natick, MA 01760

SIGNED UNDER THE PENALTIES OF PERJURY THIS ____ DAY OF
December, 20 04

_____
Jan M. Gould, BBO# 651536
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775