UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12385WGY

| | |
|---|---|
| CREANOVA, INC., ET AL., <br>    Plaintiffs <br> v. <br> <br> McACTON II, INC. a/k/a <br> M-ACTON II, INC., BREED, INC., <br> EDENS & AVANT NORTHEAST, INC. <br> a/k/a E&A NORTHEAST, L.L.P. a/k/a <br> EDENS & AVANT, INC., <br> SAMUELS AND ASSOCIATES, INC., <br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEARANCE

Please enter the appearances of Robert H. Gaynor and David Hartigan of Sloane and Walsh, LLP, as attorneys for codefendant Samuels and Associates, Inc. only in the above entitled matter.

              Defendant,
              Samuels and Associates, Inc.,
              By its attorneys,

              _____
              Robert H. Gaynor, BBO# 187620
              David Hartigan, BBO# 224380
              SLOANE AND WALSH, LLP
              Three Center Plaza
              Boston, MA 02108
              (617) 523-6010

Date: 12/27/04

## CERTIFICATE OF SERVICE

I, David Hartigan, hereby certify that on this ___29th___ day of December, 2004, I served upon all counsel listed below a copy of the foregoing, by mailing a copy of the same, postage prepaid, to:

Mark W. Shaughnessy, Esq.
Jan M. Gould, Esq.
BOYLE, MORRISSEY
 & CAMPO, P.C.
695 Atlantic Avenue
Boston, MA  02111

Mark A. Darling, Esq.
COGAVIN & WAYSTACK
Two Center Plaza
Boston, MA  02108

_____
David Hartigan