UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED IN CLERKS OFFICE
2005 MAR 31 A 11: 54
U.S. DISTRICT COURT
DISTRICT OF MASS*

CREANOVA, INC., and )
HPG INTERNATIONAL, INC., )
)
Plaintiffs, )
)
v. )
) C.A. NO. 04-12385-WGY
MCACTON II, INC., a.k.a M-ACTON II, INC., )
BREED INC., )
EDENS & AVANT NORTHEAST, INC., a.k.a. )
E&A NORTHEAST, L.P., )
a.k.a. EDENS & AVANT, INC., )
and SAMUELS AND ASSOCIATES, INC., )
)
Defendants. )

## NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MCACTON II, INC. AKA M-ACTON, INC. ONLY

Pursuant to Federal Rule of Civil Procedure 41(a), the plaintiffs Creanova, Inc. and HPG International, Inc. hereby notify the Court that all claims brought against defendants McActon II, Inc. aka M-Acton II, Inc. in the above-captioned action are hereby dismissed with prejudice, without costs, and all rights of appeal waived. Plaintiffs further state that M-Acton II, Inc. has not yet served an answer or motion for summary judgment.

THE PLAINTIFFS,
CREANOVA INC. AND
HPG INTERNATIONAL, INC.,
BY ITS ATTORNEYS,

/s/ Mark W. Shaughnessy

Mark W. Shaughnessy, BBO #567839
Jan M. Gould, BBO #651536
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, Massachusetts 02116
Telephone: (617) 451-2000
Facsimile: (617) 451-5775

Dated: March 28, 2005

027.152189

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) I, Jan M. Gould, do hereby certify that a copy of the foregoing documents have been served via first-class postage prepaid on all parties or their representatives in this action as listed below:

**Counsel for Defendant,
Samuel's & Associates:**

David Hartigan, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

**Counsel for Defendant,
Edens & Avant:**

Mark A. Darling, Esq.
Bethany Pierson Minich, Esq.
Cogavin & Waystack
2 Center Plaza
Boston, MA 02108

**Counsel for Defendant,
Breed Inc.:**

Joseph C. Steinkrauss, Esq.
363 Massachusetts Avenue
Lexington, MA 02420

**Counsel for Defendant,
M-Acton, Inc.:**

Russell Beck, Esq.
Foley & Lardner
111 Huntington Avenue
Boston, MA 02199

SIGNED UNDER THE PENALTIES OF PERJURY THIS 30TH DAY OF MARCH, 2005.

Jan M. Gould, BBO# 651536
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775