UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-12385WGY

CREANOVA, INC. AND )
HPG INTERNATIONAL, INC., )
    Plaintiffs, )
)
v. )
)
MCACTON II, INC. a/k/a )
M-ACTON II, INC., BREED, INC., )
EDENS & AVANT NORTHEAST, INC. a/k/a )
E&A NORTHEAST, L.L.P. a/k/a )
EDENS & AVANT, INC., )
SAMUELS AND ASSOCIATES, INC., )
    Defendants. )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance as counsel for defendant Samuels and Associates, Inc. in the above-captioned case.

Respectfully submitted,

_____
Edwin F. Landers, Jr., BBO#559360
Scott A. Bell, BBO#628944
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: April 13, 2005

962320v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served via first-class mail, postage prepaid, on April 13, 2005, upon:

Mark W. Shaughnessy, Esq.
Jan M. Gould, Esq.
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116

Joseph C. Steinkrauss, Esq.
363 Massachusetts Avenue
Lexington, MA 02420

Mark A. Darling, Esq.
Bethany P. Minich, Esq.
Cogavin and Waystack
Two Center Plaza
Boston, MA 02108

Robert H. Gaynor, Esq.
David Hartigan, Esq.
Sloane and Walsh, LLP
Three Center Plaza
Boston, MA 02108

_____
Edwin F. Landers, Jr.

962320v1