UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12385WGY

CREANOVA, INC., ET AL.,            )
       Plaintiffs            )
                                                   )
v.                                 )
                                                   )
McACTON II, INC. a/k/a             )
M-ACTON II, INC.,   BREED, INC.,   )
EDENS & AVANT NORTHEAST, INC.      )
a/k/a E&A NORTHEAST, L.L.P. a/k/a  )
EDENS & AVANT, INC.,               )
SAMUELS AND ASSOCIATES, INC.,      )
       Defendants            )

NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearances of Robert H. Gaynor and David Hartigan of Sloane and Walsh, LLP, as attorneys for codefendant Samuels and Associates, Inc. This withdrawal is accompanied by the appearance of successor counsel Edwin F. Landers, Jr. of Morrison Mahoney LLP

                                                         Robert H. Gaynor, BBO# 187620
                                                         David Hartigan, BBO# 224380
                                                         SLOANE AND WALSH, LLP
                                                         Three Center Plaza
                                                         Boston, MA  02108
                                                         (617) 523-6010

Date: 4/13/05

## CERTIFICATE OF SERVICE

     I, David Hartigan, hereby certify that on this _____ day of April, 2005, I served upon all counsel listed below a copy of the foregoing, by mailing a copy of the same, postage prepaid, to:

Mark W. Shaughnessy, Esq.
Jan M. Gould, Esq.
BOYLE, MORRISSEY
 & CAMPO, P.C.
695 Atlantic Avenue
Boston, MA 02111

Mark A. Darling, Esq.
COGAVIN & WAYSTACK
Two Center Plaza
Boston, MA 02108

Joseph C. Steinkrauss, Esq.
363 Massachusetts Avenue
Lexington, MA 02420

_____
David Hartigan