UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-12385WGY

| | |
|---|---|
| CREANOVA, INC. AND | ) |
| HPG INTERNATIONAL, INC., | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MCACTON II, INC. a/k/a | ) |
| M-ACTON II, INC., BREED, INC., | ) |
| EDENS & AVANT NORTHEAST, INC. a/k/a | ) |
| E&A NORTHEAST, L.L.P. a/k/a | ) |
| EDENS & AVANT, INC., | ) |
| SAMUELS AND ASSOCIATES, INC., | ) |
|     Defendants. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for defendant Samuels and Associates, Inc. in the above-captioned case.

Respectfully submitted,

/s/sbell
Scott A. Bell, BBO#628944
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

Date:  April 19,2005

962320v1