UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 12385WGY

CREANOVA, INC. and
HPG INTERNATIONAL, INC.
Plaintiffs,

v.

MCACTON II, INC., a.k.a. M-ACTON II, INC.,
BREED INC., EDENS & AVANT
NORTHEAST, INC., a.k.a. E&A NORTHEAST,
L.P., a.k.a. EDENS & AVANT, INC., and
SAMUELS & ASSOCIATES, INC.
Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw our appearance for the defendant, Edens & Avant Northeast, Inc. a.k.a. Edens & Avant Northeast, LP, a.k.a. Edens & Avant, Inc..  The appearance of successor counsel has been filed.

Respectfully Submitted,

EDENS & AVANT NORTHEAST, INC.
BY ITS ATTORNEYS
COGAVIN AND WAYSTACK

Dated: June 20, 2005

*Original signatures on file with the Court*

Mark A. Darling, B.B.O. #: 55185
Bethany P. Minich, B.B.O. #: 648163
Two Center Plaza
Boston, Massachusetts 02108
(617) 742-3340