UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CREANOVA, INC., and
HPG INTERNATIONAL, INC.,
        Plaintiffs

v.                                                    C.A. No. 04-12385-WGY

MCACTON II, INC. a.k.a M-ACTON II,
INC., BREED INC., EDENS & AVANT
NORTHEAST INC., a.k.a. E&A
NORTHEAST, L.P., a.k.a. EDENS &
AVANT, INC., and SAMUELS &
ASSOCIATES, INC.
        Defendants

## NOTICE OF APPEARANCE

~~William T. Bogaert and~~ Mark R. Freitas of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby give notice of their appearance for the defendant, Edens & Avant Northeast, Inc., a.k.a. Edens & Avant Northeast, LP, a.k.a. Edens & Avant, Inc.

Defendant Edans & Avant Northeast, Inc.,
By its Attorneys,

*/s/ Mark R. Freitas*
William T. Bogaert, BBO #546321
Mark R. Freitas, BBO #641205
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

39671.1

## CERTIFICATE OF SERVICE

I, Mark R. Freitas, hereby certify that on the 14th day of June 2005, I served a copy of the foregoing upon counsel of record as following:

Mark W. Shaughnessy, Esq.
Jan M. Gould, Esq.
Boyle, Morrissey & Campo, PC
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000

Scott A. Bell, Esq.
Morrison Mahoney, LLP
250 Summer Street
7th Floor
Boston MA 02210
(617) 439-7594

Mark A. Darling, Esq.
Bethany P. Minich, Esq.
Cogavin & Waystack
Two Center Plaza
Boston, MA 02108
(617) 742-3340

_____
Mark R. Freitas

39671.1