UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CREANOVA, INC., and<br>HPG INTERNATIONAL, INC.,<br>Plaintiffs<br><br>v.<br><br>MCACTON II, INC. a.k.a M-ACTON II,<br>INC., BREED INC., EDENS & AVANT<br>NORTHEAST INC., a.k.a. E&A<br>NORTHEAST, L.P., a.k.a. EDENS &<br>AVANT, INC., and SAMUELS &<br>ASSOCIATES, INC.<br>Defendants | C.A. No. 04-12385-WGY |

## NOTICE OF APPEARANCE

William T. Bogaert of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby give notice of his appearance for the defendant, Edens & Avant Northeast, Inc., a.k.a. Edens & Avant Northeast, LP, a.k.a. Edens & Avant, Inc.

Defendant Edans & Avant Northeast, Inc.,
By its Attorney,

William T. Bogaert, BBO #546321
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

39759.1

## CERTIFICATE OF SERVICE

I, William T. Bogaert, hereby certify that on the 15th day of June 2005, I served a copy of the foregoing upon counsel of record as following:

Mark W. Shaughnessy, Esq.
Jan M. Gould, Esq.
Boyle, Morrissey & Campo, PC
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000

Scott A. Bell, Esq.
Morrison Mahoney, LLP
250 Summer Street
7th Floor
Boston MA 02210
(617) 439-7594

Mark A. Darling, Esq.
Bethany P. Minich, Esq.
Cogavin & Waystack
Two Center Plaza
Boston, MA 02108
(617) 742-3340

/s/ William T. Bogaert
William T. Bogaert

39759.1