UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-12385WGY

| | |
|---|---|
| CREANOVA, INC., and<br>HPG INTERNATIONAL, INC.,<br>    Plaintiffs<br><br>v.<br><br>MCACTON II, INC. a/k/a<br>M-ACTON II, INC., BREED, INC.,<br>EDENS & AVANT NORTHEAST, INC. a/k/a<br>E&A NORTHEAST, L.P. a/k/a<br>EDENS & AVANT, INC., and<br>SAMUELS AND ASSOCIATES, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SAMUELS AND ASSOCIATES, INC.'S NOTICE OF VOLUNTARY DISMISSAL,
WITHOUT PREJUDICE, OF ITS CROSS-CLAIMS AGAINST
EDENS & AVANT NORTHEAST, INC. a/k/a
E&A NORTHEAST, L.P. a/k/a  EDENS & AVANT, INC., ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Samuels and Associates, Inc., hereby voluntarily dismisses, without prejudice, its cross-claims against Edens & Avant Northeast, Inc., a/k/a E&A Northeast, L.P. a/k/a Edens & Avant, Inc., ("Edens & Avant"), only.  This notice of voluntary dismissal is being filed before any service by Edens & Avant of an answer to such cross-claims.

Respectfully submitted,

Samuels and Associates, Inc.,
By its Attorneys,

/s/elanders
Edwin F. Landers, Jr., BBO#559360
Scott A. Bell, BBO#628944
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

Dated:  June 29, 2005

967579v1

967579v1