UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-12385WGY

| | |
|---|---|
| CREANOVA, INC., and<br>HPG INTERNATIONAL, INC.,<br>    Plaintiffs<br><br>v.<br><br>MCACTON II, INC. a/k/a<br>M-ACTON II, INC., BREED, INC.,<br>EDENS & AVANT NORTHEAST, INC. a/k/a<br>E&A NORTHEAST, L.P. a/k/a<br>EDENS & AVANT, INC., and<br>SAMUELS AND ASSOCIATES, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF SCOTT A. BELL
FOR DEFENDANT SAMUELS AND ASSOCIATES, INC.**

Kindly withdraw the appearance of Scott A. Bell of Morrison Mahoney LLP as attorney for the defendant Samuels and Associates, Inc. in the above-captioned matter.

Respectfully submitted,
Samuels and Associates, Inc.,
By its Attorney,

_____
Scott A. Bell, BBO#628944
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: May 19, 2005

965156v1