UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CREANOVA, INC., and<br>HPG INTERNATIONAL, INC.,<br>　　　Plaintiffs<br><br>　　v.<br><br>MCACTON II, INC. a.k.a M-ACTON II,<br>INC., BREED INC., EDENS & AVANT<br>NORTHEAST INC., a.k.a. E&A<br>NORTHEAST, L.P., a.k.a. EDENS &<br>AVANT, INC., and SAMUELS &<br>ASSOCIATES, INC.<br>　　　Defendants | C.A. No. 04-12385-WGY |

## NOTICE OF APPEARANCE

Mark R. Freitas of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby give notice of his appearance for the defendant, Samuels & Associates, Inc.

　　　　　　　　　　　　　　　　　　　Defendant Samuels & Associates, Inc.
　　　　　　　　　　　　　　　　　　　By its Attorney,

　　　　　　　　　　　　　　　　　　　/s/ Mark R. Freitas
　　　　　　　　　　　　　　　　　　　Mark R. Freitas, BBO# 641205
　　　　　　　　　　　　　　　　　　　Wilson, Elser, Moskowitz, Edelman &
　　　　　　　　　　　　　　　　　　　Dicker LLP
　　　　　　　　　　　　　　　　　　　155 Federal Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　(617) 422-5300

40397.1

## CERTIFICATE OF SERVICE

I, Mark R. Freitas, hereby certify that on the 30th day of June 2005, I served a copy of the foregoing upon counsel of record as following:

| | |
|---|---|
| Mark W. Shaughnessy, Esq.<br>Jan M. Gould, Esq.<br>Boyle, Morrissey & Campo, PC<br>695 Atlantic Avenue<br>Boston, MA 02111<br>(617) 451-2000 | Edwin F. Landers, Esq.<br>Scott A. Bell, Esq.<br>Morrison Mahoney, LLP<br>250 Summer Street<br>7th Floor<br>Boston MA 02210<br>(617) 439-7594 |

_____
Mark R. Freitas

40397.1