UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CREANOVA, INC., and<br>HPG INTERNATIONAL, INC.,<br>      Plaintiffs<br><br>v.<br><br>MCACTON II, INC. a.k.a M-ACTON II,<br>INC., BREED INC., EDENS & AVANT<br>NORTHEAST INC., a.k.a. E&A<br>NORTHEAST, L.P., a.k.a. EDENS &<br>AVANT, INC., and SAMUELS &<br>ASSOCIATES, INC.<br>      Defendants | C.A. No. 04-12385-WGY |

## NOTICE OF APPEARANCE

William T. Bogaert of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby give notice of his appearance for the defendant, Samuels & Associates, Inc.

>                    Defendant Samuels & Associates, Inc.
>                    By its Attorney,
>
>                    _____
>                    William T. Bogaert, BBO #546321
>                    Wilson, Elser, Moskowitz, Edelman &
>                    Dicker LLP
>                    155 Federal Street
>                    Boston, MA 02110
>                    (617) 422-5300

40396.1

## CERTIFICATE OF SERVICE

I, William T. Bogaert, hereby certify that on the 30th day of June 2005, I served a copy of the foregoing upon counsel of record as following:

| | |
|---|---|
| Mark W. Shaughnessy, Esq. | Edwin F. Landers, Esq. |
| Jan M. Gould, Esq. | Scott A. Bell, Esq. |
| Boyle, Morrissey & Campo, PC | Morrison Mahoney, LLP |
| 695 Atlantic Avenue | 250 Summer Street |
| Boston, MA 02111 | 7th Floor |
| (617) 451-2000 | Boston MA 02210 |
| | (617) 439-7594 |

_____
William T. Bogaert

40396.1