UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CREANOVA, INC., and<br>HPG INTERNATIONAL, INC.,<br>    Plaintiffs<br><br>v.<br><br>MCACTON II, INC. a.k.a M-ACTON II, INC., BREED INC., EDENS & AVANT NORTHEAST INC., a.k.a. E&A NORTHEAST, L.P., a.k.a. EDENS & AVANT, INC., and SAMUELS & ASSOCIATES, INC.<br>    Defendants | C.A. No. 04-12385-WGY |

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that this matter be dismissed with prejudice, without costs, each party to bear his or her own attorneys' fees, and each side waiving their right of appeal.

| | |
|---|---|
| The Plaintiffs,<br>Creanova, Inc., and<br>HPG International, Inc.,<br>By their Attorneys,<br><br>_/s/ Mark W. Shaughnessy_<br>Mark W. Shaughnessy, BBO# 567839<br>Jan M. Gould, BBO# 651536<br>Boyle, Morrissey & Campo, PC<br>695 Atlantic Avenue<br>Boston, MA 02111<br>(617) 451-2000 | The Defendants,<br>Edens & Avant, Inc., and<br>Samuels & Associates, Inc.<br>By their Attorneys,<br><br>_/s/ Mark R. Freitas_<br>William T. Bogaert, BBO# 546321<br>Mark R. Freitas, BBO# 641205<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

57285.1